**No. 09-9664. In re Wesley Allan Herring, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2129, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3145.

April 19, 2010. Petition for writ of habeas corpus denied.

**No. 09-9750. In re Windell McClain, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2135, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3185, ▆

April 19, 2010. Petition for writ of habeas corpus denied.

**No. 09-9867. In re Jeffrey Lynn Chronister, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2138, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3203, ▆

April 19, 2010. Petition for writ of habeas corpus denied.

**No. 09-985. In re Stacy Ann Patterson, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2110, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3140, ▆

April 19, 2010. Petition for writ of mandamus denied.

**No. 09-8998. In re Samuel L. Biers, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2100, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3148.

April 19, 2010. Petition for writ of mandamus and/or prohibition denied.

**No. 08-1458. Missouri Gas Energy, Petitioner v. Monica Schmidt, Woods County, Oklahoma, Assessor.**

559 U.S. 1087, 130 S. Ct. 2141, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3176.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 970, 130 S. Ct. 1685, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2087.

**No. 09-273. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Petitioner v. Anthony Cardell Haynes.**

559 U.S. 1088, 130 S. Ct. 2141, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3270.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 43, 130 S. Ct. 1171, 175 L. Ed. 2d 1003, 2010 U.S. LEXIS 1037.